# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America for the use and benefit of WEST COAST IRON, INC., a California corporation,<br><br>                              Plaintiff,<br>vs.<br><br>T.B. PENICK AND SONS, INC., a California corporation, and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,<br><br>                              Defendants. | CASE NO. 06cv2106-LAB (BLM)<br><br>**DISMISSAL ORDER** |

The parties' Joint Motion To Dismiss is **GRANTED**. The Clerk of Court shall terminate this case as to all claims and all parties, without prejudice.

**IT IS SO ORDERED**.

DATED: February 28, 2007.

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge